IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD EUGENE RAY,

      Petitioner,                    No. CIV S-11-2180 EFB P

  vs.

TERI GONZALES,

      Respondent.              <u>ORDER</u>

                             /

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

2. The Clerk of Court shall assign a new case number.

////

////

////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2       United States District Court
        Eastern District of California
3       2500 Tulare Street
        Fresno, CA 93721
4

5   DATED: August 29, 2011.

6   _____
    EDMUND F. BRENNAN
7   UNITED STATES MAGISTRATE JUDGE

2